IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYLER G. JONES, | ) |
|     Plaintiff, | ) |
| vs. | ) Cause No.:   5:05-cv-1483 |
| UNION PACIFIC RAILROAD COMPANY, a corporation, CURTIS and KOREEN WOODS, d/b/a WOODS ALFALFA, and DANNY EUGENE HOFFMAN, | ) |
|     Defendants. | ) |

## APPLICATION TO PARTICIPATE BY TELEPHONE

COMES NOW counsel for the Plaintiff, Michael K. Nowak, and in support of his Application to Participate in the Status and Scheduling Conference by telephone, states as follows:

1. That the undersigned is counsel of record for the Plaintiff, Tyler G. Jones.

2. That the above-referenced cause is set for a Status and Scheduling Conference on August 8, 2006 at 9:45 a.m. **[Doc. No. 18]**

3. That the Applicant's office is located in O'Fallon, Illinois, which is in the metropolitan St. Louis, Missouri area.

4. That the earliest flight between St. Louis, Missouri and Oklahoma City, Oklahoma on the day of the Status and Scheduling Conference is not scheduled to arrive in Oklahoma City, Oklahoma until 8:55 a.m.

5. That the Applicant has a toll-free telephone number which could be used to facilitate the telephonic Status and Scheduling Conference.

1

WHEREFORE the undersigned respectfully requests this Honorable Court to enter its Order allowing counsel for the Plaintiff to attend the Status and Scheduling Conference set for August 8, 2006 by telephone.

Respectfully submitted,

BY: *s/Michael K. Nowak*
**MICHAEL K. NOWAK, #06191078**
KUJAWSKI & NOWAK, P.C.
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois  62269-1764
(618) 622-3600 – Telephone
(618) 622-3700 – Facsimile

- and -

**TIMOTHY W. DANIEL, OK Bar #13028**
Attorney at Law
128 East Broadway
Drumright, Oklahoma  74030
(918) 352-9504 – Telephone
(918) 352-2757 – Facsimile
**ATTORNEYS FOR THE PLAINTIFF.**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 7, 2006,** I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. Robert D. Hart
Mr. Tom L. Armstrong
500 Petroleum Club Building
601 South Boulder Avenue
Tulsa, Oklahoma  74119

Curtis and Koreen Woods, d/b/a Woods Alfalfa, Defendant
712 14th Street
Tribune, Kansas  67879

Danny Eugene Hoffman, Defendant
RR 18
Tribune, Kansas  67879

*s/Michael K. Nowak*